## BRENNAN *et al. v.* MARSH *et al.*

Cahoon et al. *v.* Levy et al., (6 Cal. R., 295,) affirmed.

APPEAL from the District Court of the Seventh Judicial District, County of Contra Costa.

*Gunnison, Parker, and Cowles,* for Appellant.

*John Currey* for Respondent.

TERRY, C. J., delivered the opinion of the Court—FIELD, J., and BALDWIN, J., concurring.

The facts disclosed by the record bring this case fully within the rule laid down by this Court in the case of Cahoon and Kent *v.* Levy, (6 Cal., 295,) and, on the authority of that decision, the judgment is affirmed.